# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHARLES KWADZO SOKPA-ANKU, A098-758-438, | Civil No. 17-1107 (DWF/KMM) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| JOE PAGET, Supervisor of the Immigration Detention Facility; JACK G. SERIER, Ramsey County Sheriff; MICHAEL FEINBERG, Special Agent in Charge, U.S. Immigration & Customs Enforcement; SCOTT BANIECKE, Field Officer Director, ICE; THOMAS D. HOMAN, Director of ICE; JOHN F. KELLY, Secretary of the Department of Homeland Security (DHS); and JEFFERSON B. SESSIONS, U.S. Attorney General, | |
| Respondents. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine M. Menendez dated June 8, 2018. (Doc. No. 29.) No objections have been filed to that Report and Recommendation in the time period permitted. In a Notice dated June 22, 2018, Respondents indicated that they would interpose no objection to the Report and Recommendation, that ICE is in the process of releasing Petitioner, and that they will file confirmation of that release with the Court. (Doc. No. 30.) The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.

Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Katherine M. Menendez's June 8, 2018 Report and Recommendation (Doc. No. [29]) is **ADOPTED**.

2. Mr. Sokpa-Anku's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. No. [1]) is **GRANTED**.

3. Respondents are ordered to release Mr. Sokpa-Anku from detention pending his removal from the United States.

4. This matter is remanded to ICE to allow the agency to establish appropriate conditions for Mr. Sokpa-Anku's supervised release.

Dated:  June 26, 2018          s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge